# Notice Concerning Waiver of Judicial Disqualification

From:  The Clerk                                                                  Date: May 23, 2013

To:    Eric Long, Assistant U.S. Attorney
       Mark Wykoff, Sr.

Re:    United States v. Donald Plunk, Case No. 13-30019

      Canon 3D of the Code of Conduct provides (with exceptions not pertinent to this case) that when a judge is disqualified in a proceeding because "the judge's impartiality might reasonably be questioned," the judge may participate in the proceeding only if all the parties and lawyers, after notice of the basis for the disqualification, have an opportunity to confer outside of the presence of the judge and all agree in writing or on the record to waive the disqualification under a procedure independent of the judge's participation.

      Unless a waiver is obtained from all parties and all counsel, Judge Cudmore intends to disqualify in this proceeding because of these circumstances:

> A panel of citizens have been appointed to make recommendations to the District Court concerning whether U.S. Magistrate Judge Cudmore should be reappointed.  Eric Long, Assistant U.S. Attorney for the Central District of Illinois, is a member of the panel of citizens considering Judge Cudmore's reappointment.

      If you and your client(s) wish to waive the judge's disqualification, letters to that effect from you and from your client(s) must be sent to me within 14 days of the date of this Notice.  A sample letter is enclosed.  The letter should be signed and submitted by the attorney and his/her client(s) only after consultation with all of his or her clients in the above-styled and numbered cause.  A separate letter should be submitted for each defendant.  The letters should not be sent to the judge and copies should not be sent to other counsel. **DO NOT E-FILE YOUR LETTER(S). SUBMIT DIRECTLY TO THE CLERK OF COURT.**  If letters are submitted on behalf of all parties, this Notice and all responses will be made part of the record, as required by Canon 3D, and the judge will continue participation in the proceeding.  If a waiver is not received from each party, this Notice and any responses will be kept under seal by the clerk and not shown to the judge, nor will the judge be informed of the identity of any party or lawyer who declined to waive the disqualification.  If the disqualification is not waived, the case will be reassigned to another judge.

                                                             Signed,
                                                           /s/ Kenneth A. Wells
                                                           Clerk of Court
                                                           United States District Court for the
                                                           Central District of Illinois