PS 40  (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Services
Legal Affairs Division
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

**FROM:** Eric W. Fox
U.S. Probation Office
600 East Monroe Street
108 Federal Building
Springfield, IL 62701

☒ **Original Notice**
Date: 05/31/2013
By: USPO Eric W. Fox

☒ **Notice of Disposition**
Date: 01/02/2014
By: SUSPO Daniel L. Knappmeyer

Defendant: Donald Lee Plunk
Date of Birth: /1949
SSN: -5037

Case Number: 13-30019-001
Place of Birth: Quincy, Illinois

**Notice of Court Order** (Order Date: 05/30/2013 )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number 470335964 and/or passport card number _____ to the custody of the U.S. District Court on 05/30/2013.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court